**SO ORDERED.**



# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROADSUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08162

**Dated: November 15, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christian Carbajal,<br><br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>  vs.<br><br>Christian Carbajal, Debtor; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:10-bk-07691-RTB<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

Pursuant to the Order entered on September 21, 2010, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtor was obligated to make specified payments which he has failed to make.

The Debtor has failed to comply thereby necessitating a written Notice of Default.

Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. and Wells Fargo Bank, N.A. may exercise whatever state law or contractual rights it may have regarding the property generally described as: 8418 South 50th Lane  Laveen AZ 85339 ("Property" herein) and legally described as:

Lot 156, Cheatham Farms Unit 3 Amended, according to Book 585 of Maps, Page 47, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

EXHIBIT "A"



# TIFFANY & BOSCO
## P.A.

**Dated: September 21, 2010**

**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08162

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Christian Carbajal
        Debtor.
_____

Wells Fargo Bank, N.A.

                Movant,
        vs.

Christian Carbajal, Debtor; Edward J. Maney,
Trustee.

                Respondents.

No. 2:10-bk-07691-RTB

Chapter 13

**ORDER REGARDING**
**MOTION FOR RELIEF**

        IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section

362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust

recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Christian

Carbajal, is designated as trustor and Wells Fargo Bank, N.A. is the current beneficiary, which Deed

of Trust encumbers the following described real property:

> Lot 156, Cheatham Farms Unit 3 Amended, according to Book 585 of Maps, Page 47, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that the debtor will cure the post-petition arrearages currently

due as follows:

| | |
|---|---|
| 4 Monthly Payments(s) at $1,372.02 | $5,488.08 |
| (May 1, 2010 - August 1, 2010) | |
| 4 Late Charge(s) at $57.85 | $231.40 |
| (May 1, 2010 - August 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Suspense Amount | ($59.18) |
| Total | $6,610.30 |

1.      The total arrearage shall be paid in six monthly installments.  Payments one through

five (1-5) in the amount of $1,101.72 shall be in addition to the regular monthly payment and shall be

due on or before the 15th day of the month commencing with the September 15, 2010 payment and

continuing throughout and concluding on or before January 15, 2011. The sixth final payment in the

amount of $1,101.70 shall be paid on or before February 15, 2011.

2.      In addition to the payment listed in Paragraph 1, the Debtor, will make the regular

post-petition payment due for September 1, 2010, which shall be made when due, and all subsequent

payments shall be made when due.

IT IS FURTHER ORDERED that Wells Fargo Bank, N.A. as the current beneficiary under

the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on

its Deed of Trust, so long as the terms of this Stipulation are complied with.  In the event of default in

making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a

Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest

in the above legally described property upon giving written notice of such default to debtor, Debtor's Counsel and Trustee and Debtor's failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtor will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtor shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor Bankruptcy Case No. 2:10-bk-07691-RTB is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Wells Fargo Bank, N.A., and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the

portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| | |
|---|---|
1

**TIFFANY & BOSCO**
P.A.

2 **2525 EAST CAMELBACK ROAD**
**SUITE 300**
3 **PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
4 **FACSIMILE: (602) 255-0192**

5

Mark S. Bosco
6 State Bar No. 010167
Leonard J. McDonald
7 State Bar No. 014228
Attorneys for Movant
8
10-08162
9
**IN THE UNITED STATES BANKRUPTCY COURT**
10
**FOR THE DISTRICT OF ARIZONA**
11

12

| | |
|---|---|
| IN RE: | No. 2:10-bk-07691-RTB |
| Christian Carbajal,<br>            Debtors. | Chapter 13 |
| _____ | NOTICE OF DEFAULT |
| Wells Fargo Bank, N.A. | |
|            Movant,<br>       vs. | RE:  Real Property Located at<br>8418 South 50th Lane<br>Laveen, AZ 85339 |
| Christian Carbajal, Debtors; Edward J. Maney,<br>Trustee.<br>            Respondents. | |

13
14
15
16
17
18
19
20
21

22        Wells Fargo Bank, N.A. secured creditor, (hereinafter referred to as "Secured Creditor"), by its

23 attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case,

24 and avers as follows:

25        1.        An Order was entered on September 21, 2010 which provides for the lifting of the stay

26 imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the

following real property:

Lot 156, Cheatham Farms Unit 3 Amended, according to Book 585 of Maps, Page 47, records of

Maricopa County, Arizona.

A Copy of said Order is attached hereto as Exhibit "A".

2.      As of the date of this Notice of Default, the Debtors have not made the payments as required

by the aforementioned Order.  The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $1,372.02 | $2,744.04 |
| (September 1, 2010 - October 1, 2010) | |
| 2 Late Charge(s) at $57.85 | $115.70 |
| (September 1, 2010 - October 1, 2010) | |
| 2 Adequate Protection Charge(s) at $1,101.72 | $2,203.44 |
| (September 15, 2010 - October 15, 2010) | |
| Attorneys Fees | $150.00 |
| Suspense Amount | ($774.78) |
| Total | $4,438.40 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3.      Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and

Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than

fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting

the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-

described Deed of Trust.

DATED this 21st day of October, 2010.

TIFFANY & BOSCO, P.A.

By    /s/ MSB # 010167
　　　　　Mark S. Bosco
　　　　　Leonard J. McDonald
　　　　　2525 East Camelback Road
　　　　　Suite 300
　　　　　Phoenix, Arizona 850165
　　　　　Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.